# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | KATHLEEN M HERSEY |
| **Case Number:** | 2:09-BK-32038-CGC   **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 14, 2010 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | ELIZABETH IRISH |
| **Reporter / ECR:** | KAYLA MORGAN |

## *Matter:*

CONTINUED CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 4719 W WAGONER RD, GLENDALE, AZ 85308 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

**R / M #:**   39 / 0

## *Appearances:*

RAY MILLER, ATTORNEY FOR DEBTOR
LEONARD MCDONALD, ATTORNEY FOR U. S. BANK NA

## *Proceedings:*

Mr. McDonald states the plan will be amended to cure arrearages.  He requests the amended plan be filed in 10 days.

Mr. Miller agrees.

COURT:  IT IS ORDERED VACATING THIS HEARING.